Michael D. Ott, #064454
David J. Frankenberger, #186140
ERICKSEN ARBUTHNOT
Attorneys At Law
2440 West Shaw Avenue, Suite 101
Fresno, California 93711
Phone (559) 449-2600
Fax (559) 449-2603

Attorneys for Plaintiff/Counterdefendant/Counterclaimant RANDY'S TRUCKING, INC., Plaintiff STAR INSURANCE COMPANY, and Cross-Defendant/Counterclaimant FERNANDO MANGUIA SANDOVAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| RANDY'S TRUCKING, INC. and STAR INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SHAFTER, etc., et al,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS and CROSS-CLAIMS. | Case No. 1:08-cv-00819 OWW DLB<br><br>**ORDER REMANDING CASE TO SUPERIOR COURT, AS TO DEFENDANT STATE OF CALIFORNIA ONLY** |

The motion to dismiss pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure brought by the STATE OF CALIFORNIA, through its Department of Transportation, having come on regularly for hearing on November 24, 2008, and Court having considered all papers filed in support of an opposition to said motion, as well as oral argument from the parties at said hearing, and the Court having issued its Memorandum Decision and Order Re State of California's Motion to Dismiss, and good cause appearing,

PDF created with pdfFactory trial version www.pdffactory.com

IT IS HEREBY ORDERED that, as to Defendant STATE OF CALIFORNIA only, this case be remanded to the Superior Court of California for the County of Kern, forthwith, for further proceedings in said Court.

DATED:   December 29, 2008               /s/ OLIVER W. WANGER
                                                   Honorable Oliver W. Wanger
                                                   United States District Judge

Approved as to for:

_____
Bruce D. McGagin
Attorneys for Defendant,
STATE OF CALIFORNIA,
DEPARTMENT OF TRANSPORTATION

ORDER REMANDING CASE TO SUPERIOR COURT, AS TO DEFENDANT STATE OF CALIFORNIA ONLY

PDF created with pdfFactory trial version www.pdffactory.com