1

2

3

4

5

6

# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

8

9   RANDY'S TRUCKING, INC., et al.

10

11                Plaintiff(s),

12        v.

13

14   CITY OF SHAFTER, et. al.,

15                Defendant(s).

16

17

|  |  |
|---|---|
| ) | 1: 08 CV 00819  DLB |
| ) | |
| ) | SCHEDULING ORDER (Fed. R. Civ. P. 16) |
| ) | |
| ) | Discovery Deadlines: |
| ) |    Initial Disclosures: February 18, 2009 |
| ) |    Non Expert: February 12, 2010 |
| ) |    Expert: March 31, 2010 |
| ) | |
| ) | Non-Dispositive Motion Deadlines: |
| ) |    Filing: March 31, 2010 |
| ) |    Hearing: April 23, 2010 |
| ) | |
| ) | Dispositive Motion Deadlines: |
| |    Filing: February 23, 2010 |
| |    Hearing: March 26, 2010 |

Pre-Trial Conference:
   April 30, 2010 at 1:30 p.m.
   Courtroom 9

Trial:  June 8, 2010 at 9:00 a.m.
        Courtroom 9  JT 10 days

21

**I.      Date of Scheduling Conference**

January 28, 2009.

**II.     Appearances of Counsel**

Michael D. Ott appeared on behalf of Randy's Trucking and Star Insurance

Company and Fernando Manguia Sandoval.

Jason B. Shane appeared on behalf of National Railroad Passenger Corporation

28

1

1 and BNSF Railway Company.

2          Paul A. Auchard appeared on behalf BNSF Railway Company.

3          Mark L. Nations appeared on behalf of County of Kern.

4     **III.     Consent to the Magistrate Judge**

5          Pursuant to 28 U.S.C. §636(c) the parties have all consented to conduct of any and

6 all further proceedings in this case, including trial, before the Honorable Dennis L. Beck, U.S.

7 Magistrate Judge.  If one is not already on file, they shall file a written stipulation and consent

8 within 15 days of this order.

9     **IV.     Discovery Plan and Cut-Off Date**

10          The parties are ordered to exchange the initial disclosures required by Fed. R. Civ.

11 P. 26(a)(1) on or before February 18, 2009.

12          The parties are ordered to complete all discovery pertaining to non-experts on or

13 before February 12, 2010 and all discovery pertaining to experts on or before March 31, 2010.

14          The parties are directed to disclose all expert witnesses, in writing, on or before

15 February 12, 2010, and to disclose all supplemental experts on or before March 11, 2010.  The

16 written designation of experts shall **be made pursuant to Fed. R. Civ. P. Rule 26(a)(2), (A)**

17 **and (B) and shall include all information required thereunder.**  Failure to designate experts

18 in compliance with this order may result in the Court excluding the testimony or other evidence

19 offered through such experts that are not disclosed pursuant to this order.

20     **V.     Pre-Trial Motion Schedule**

21          All Non-Dispositive Pre-Trial Motions, including any discovery motions, shall be

22 filed no later than March 31, 2010 and heard on or before April 23, 2010.  Non-dispositive

23 motions are heard on Fridays at 9:00 a.m., before the Honorable Dennis L. Beck, United States

24 Magistrate Judge in Courtroom 9.  **Counsel must comply with Local Rule 37-251 with respect**

25 **to discovery disputes or the motion will be denied without prejudice and dropped from**

26 **calendar.**

27

28                                    2

1    In scheduling such motions, the Magistrate Judge may grant applications for an

2  order shortening time pursuant to Local Rule 6-142(d).  However, if counsel does not obtain an

3  order shortening time, the notice of motion *must* comply with Local Rule 37-251.

4    Counsel may appear and argue non-dispositive motions by telephone, providing a

5  written request to so appear is made to the Magistrate Judge's Courtroom Clerk no later than five

6  (5) court days before the noticed hearing date.  In the event that more than one attorney requests

7  to appear by telephone then it shall be the obligation of the moving part(ies) to arrange and

8  originate a conference call to the court.

9    All Dispositive Pre-Trial Motions shall be filed no later than February 23, 2010

10  and heard no later than March 26, 2010, in Courtroom 9 before the Honorable Dennis L. Beck,

11  United States Magistrate Judge.  In scheduling such motions, counsel shall comply with **Local**

12  **Rules 78-230 and 56-260**.

13    **Motions for Summary Judgment or Summary Adjudication**

14    Prior to filing a motion for summary judgment or motion for summary

15  adjudication the parties are ORDERED to meet, in person or by telephone, and confer to discuss

16  the issues to be raised in the motion.

17    The purpose of the meeting shall be to: 1) avoid filing motions for summary

18  judgment where a question of fact exists; 2) determine whether the respondent agrees that the

19  motion has merit in whole or in part; 3) discuss whether issues can be resolved without the

20  necessity of briefing; 4) narrow the issues for review by the court; 5) explore the possibility of

21  settlement before the parties incur the expense of briefing a summary judgment motion; 6)  to

22  arrive at a joint statement of undisputed facts.

23    The moving party shall initiate the meeting and provide a draft of the joint

24  statement of undisputed facts.  In addition to the requirements of Local Rule 56- 260 the moving

25  party shall file a joint statement of undisputed facts.

26    In the notice of motion the moving party shall certify that the parties have met and

27

28    3

1 conferred as ordered above or set forth a statement of good cause for the failure to meet and

2 confer.

#### VI.    Pre-Trial Conference Date

April 30, 2010 at 1:30 p.m. in Courtroom 9 before Magistrate Judge Beck.

The parties are ordered to file a **Joint Pretrial Statement pursuant to Local Rule 16-281(a)(2).** The parties are further directed to submit a digital copy of their pretrial statement in Word Perfect X3[1] format, directly to Judge Beck's chambers by emailing it to DLBOrders@caed.uscourts.gov.

Counsels' attention is directed to **Rules 16-281 and 16-282 of the Local Rules** of Practice for the Eastern District of California, as to the obligations of counsel in preparing for the pre-trial conference.  The Court will insist upon strict compliance with those rules.

#### VII.   Trial Date

June 8, 2010 at 9:00 a.m. in Courtroom 9 before the Honorable Dennis L. Beck, United States Magistrate Judge.

A.    This is a jury trial.

B.    Counsels' Estimate of Trial Time: 10 days.

C.    Counsel's attention is directed to Local Rules of Practice for the Eastern District of California, Rule 16-285.

#### VIII.  Settlement Conference

Should the parties desire a settlement conference, they will jointly request one of the court, and one will be arranged.  In making such request, the parties are directed to notify the court as to whether or not they desire the undersigned to conduct the settlement conference or to arrange for one before another judicial officer.

////

---

[1] If WordPerfect X3 is not available to the parties then the latest version of WordPerfect or any other word processing program in general use for IBM compatible personal computers is acceptable.

4

IX.     **Request for Bifurcation, Appointment of Special Master, or other**

        **Techniques to Shorten Trial**

        Not applicable at this time.

X.      **Related Matters Pending**

        There are no pending related matters.

XI.     **Compliance with Federal Procedure**

        All counsel are expected to familiarize themselves with the Federal Rules of Civil

Procedure and the Local Rules of Practice of the Eastern District of California, and to keep

abreast of any amendments thereto.  The Court must insist upon compliance with these Rules if it

is to efficiently handle its increasing case load and sanctions will be imposed for failure to follow

the Rules as provided in both the Federal Rules of Civil Procedure and the Local Rules of

Practice for the Eastern District of California.

XII.    **Effect of this Order**

        The foregoing order represents the best estimate of the court and counsel as to the

agenda most suitable to dispose of this case.  The trial date reserved is specifically reserved for

this case.  If the parties determine at any time that the schedule outlined in this order cannot be

met, counsel are ordered to notify the court immediately of that fact so that adjustments may be

made, either by stipulation or by subsequent status conference.

        **Stipulations extending the deadlines contained herein will not be considered**

**unless they are accompanied by affidavits or declarations, and where appropriate attached**

**exhibits, which establish good cause for granting the relief requested.**

        Failure to comply with this order may result in the imposition of sanctions.


IT IS SO ORDERED.

**Dated:    February 2, 2009**             _____/s/ **Dennis L. Beck**_____
                                           UNITED STATES MAGISTRATE JUDGE