IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY'S TRUCKING, INC. et.al, | CASE NO. CV-F-08-0819 DLB |
| | **New Case No. CV-F-08-0819 OWW DLB** |
| Plaintiff, | |
| | **ORDER REASSIGNING DISTRICT JUDGE** |
| vs. | **AND MAGISTRATE JUDGE** |
| NATIONAL RAILROAD PASSENGER CORPORATION, et. al, | |
| Defendants. / | |

Based upon the Court's review of the pleadings, the similarity of legal issues and in the interest of judicial economy, the Court finds good cause to assign the case to District Judge Oliver W. Wanger and Magistrate Judge Dennis L. Beck pursuant to Local Rule 83-123( c). The Court hereby orders that this action is reassigned from Magistrate Judge Dennis L. Beck to District Judge Oliver W. Wanger. The action is assigned to Magistrate Judge Dennis L. Beck. All further papers shall bear the new case number **CV-F-08-0819 OWW DLB.**

The parties are directed to file a status report no later than March 13, 2009 stating whether cases CV-08-0819, CV-F-09-0211and CV-F-09-0331 should be consolidated.

IT IS SO ORDERED.

**Dated:    February 26, 2009**              **/s/ Lawrence J. O'Neill**
                                                    UNITED STATES DISTRICT JUDGE

1