```
 1
 2
 3
 4
 5
 6
 7              UNITED STATES DISTRICT COURT FOR THE
 8                   EASTERN DISTRICT OF CALIFORNIA
 9  RANDY'S TRUCKING, INC.,        )
                                   )    1:08-CV-00819 OWW DLB
10                     Plaintiff   )    1:09-CV-00211 OWW DLB
                                   )    1:09-CV-00331 OWW DLB
11       vs.                       )
                                   )    ORDER CONSOLIDATING CASES
12  CITY OF SHAFTER, ET.L.,        )    AND STATISTICALLY CLOSING
                                   )    CASES
13                     Defendant   )
    _____   )
14                                 )
    ROI SMITH,                     )
15                                 )
                       Plaintiff   )
16       vs.                       )
                                   )
17  RANDY'S TRUCKING, INC.ET.AL.,  )
                                   )
18                     Defendant   )
    _____   )
19                                 )
    ROBERT GARCIA, ET.AL.,         )
20                                 )
                       Plaintiff   )
21       vs.                       )
                                   )
22  AMTRAK, ET.AL.,                )
                                   )
23                     Defendant   )
    _____   )
24
25
         It appearing that actions 1:09-cv-00211-OWW DLB and 1:09-cv-
26
    00331-OWW DLB are related to CV 1:08-cv-00819-OWW DLB and that it
27
28
                                   1
```

would be in the best interest of judicial economy;

IT IS HEREBY ORDERED that cases 1:09-cv-00211-OWW DLB and 1:09-cv-00331-OWW DLB are consolidated with action 1:08-cv-00819-OWW DLB for all purposes including trial.

IT IS FURTHER ORDERED that cases 1:09-cv-00211-OWW DLB and 1:09-cv-00331-OWW DLB be statistically closed and **these case numbers shall not be referenced in documents filed with the Clerk.**

IT IS SO ORDERED.

**Dated:　April 8, 2009**　　　　　　　　　　　／s/ Oliver W. Wanger
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE