1 B. CLYDE HUTCHINSON, State Bar No. 037526
bch@llcllp.com
2 JASON B. SHANE, State Bar No. 253908
jshane@llcllp.com
3 LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
4 1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541
5 Telephone: (510) 433-2600
Facsimile: (510) 433-2699
6
7 Attorneys for Defendants, Counter-Claimants,
Counter-Defendants, Cross-Claimants & Cross-
Defendants NATIONAL RAILROAD
8 PASSENGER CORPORATION and BNSF
RAILWAY COMPANY

FILED
MAY 26 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
By _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| RANDY'S TRUCKING, INC., and STAR INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SHAFTER; COUNTY OF KERN; STATE OF CALIFORNIA; CALTRANS; AMTRAK; NATIONAL RAILROAD PASSENGER CORPORATION; BURLINGTON NORTHERN SANTA FE RAILROAD; BNSF RAILWAY COMPANY; and DOES 1 TO 100,<br><br>Defendants.<br><br>AND ALL RELATED ACTIONS, CROSS-ACTIONS, AND THIRD PARTY ACTIONS. | Case No. 1:08-cv-00819 OWW DLB<br><br>Consolidated with Case Nos.<br>1:09-cv-00211 OWW DLB and<br>1:09-cv-00331 OWW DLB<br><br>**ORDER GRANTING NATIONAL RAILROAD PASSENGER CORPORATION AND BNSF RAILWAY COMPANY'S APPLICATION FOR DETERMINATION OF GOOD FAITH SETTLEMENT WITH RESPECT TO COMPLAINT OF PLAINTIFFS ROBERT GARCIA, RACHEL GARCIA, JESSICA GARCIA AND ERICA GARCIA** |

Upon the Application filed with this Court of Defendants, Counter-Claimants, Counter-Defendants, Cross-Claimants & Cross-Defendants NATIONAL RAILROAD PASSENGER CORPORATION ("Amtrak") and BNSF RAILWAY COMPANY ("BNSF"), hereinafter collectively referred to as "Defendants," for an Order Determining the Good Faith Settlement

between Defendants and Plaintiffs ROBERT GARCIA, RACHEL GARCIA, JESSICA GARCIA and ERIC GARCIA ("*Garcia* Plaintiffs"), hereinafter collectively referred to as the "Settling Parties":

IT APPEARS TO THE SATISFACTION OF THE COURT that the Application is made pursuant to California Code of Civil Procedure section 877.6(a)(2); that copies of the Application, together with the Notice of Settlement and a copy of this Order, were duly served through the Court's CM/ECF system and by certified mail with return receipt requested on all parties to this action; that no Notice of Motion to Contest the Good Faith of this Settlement has been served or filed within the time allowed by California Code of Civil Procedure section 877.6(a)(2); and that no confidentiality agreement of any kind is part of the agreement.

Therefore, IT IS HEREBY ORDERED that the settlement between the Settling Parties was made and entered into in good faith within the meaning of California Code of Civil Procedure section 877.6.

IT IS FURTHER ORDERED that all present and future cross-claims or counter-claims for equitable comparative contribution or partial or comparative indemnity based on comparative negligence or comparative fault and/or implied contractual indemnity against Defendants are dismissed with prejudice and forever barred.

IT IS SO ORDERED.
Dated: 5-22, 2009

HONORABLE OLIVER W. WANGER
UNITED STATES DISTRICT JUDGE