1  Michael D. Ott, #064454
   David J. Frankenberger, #186140
2  ERICKSEN ARBUTHNOT
   Attorneys At Law
3  2440 West Shaw Avenue, Suite 101
   Fresno, California 93711
4  P: (559) 449-2600   F: (559) 449-2603

5  Attorneys for Plaintiff/Counterdefendant/Counterclaimant/Cross-Defendant/Cross-Claimant/Third
   Party Plaintiff RANDY'S TRUCKING, INC., Plaintiff STAR INSURANCE COMPANY, and
6  Cross-Defendant/Counterclaimant/Cross-Claimant/Third Party Plaintiff FERNANDO M.
   SANDOVAL
7

8                       UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION
10

11 RANDY'S TRUCKING, INC. and STAR          ) Case No.  1:08-CV-00819 OWW DLB
   INSURANCE COMPANY,                       )
12                                          )
                                            )
13             Plaintiffs,                  ) **STIPULATION OF DISMISSAL AND**
                                            ) **ORDER THEREON**
14      v.                                  )
                                            )
15                                          )
   CITY OF SHAFTER, etc., et al,            )
16                                          )
               Defendants.                  )
17 _____)
                                            )
18 AND RELATED ACTIONS, CROSS-              )
   ACTIONS, AND THIRD PARTY ACTIONS         )
19                                          )
   _____)
20

21      IT IS HEREBY STIPULATED, by and between Michael D. Ott, Esq., for Plaintiff,

22 Counterdefendant, Counterclaimant, Cross Defendant, Cross Claimant, Third Party Plaintiff, Randy's

23 Trucking, Inc., Plaintiff Star Insurance Company, and Cross-Defendant, Counterclaimant, Cross-

24 Claimant, Third Party Plaintiff, Fernando M. Sandoval, and Mark L. Nations, Chief Deputy, for Third

25 Party Defendant, Cross Defendant and Counter Defendant, County of Kern, that the above

26
   consolidated action be and hereby is dismissed with prejudice, as to County of Kern only, pursuant to
27
   Federal Rules of Civil Procedure 41(a)(1) and (2) to include the following actions:
28

                                                 1
_____
Stipulation of Dismissal and Order Thereon

PDF created with pdfFactory trial version www.pdffactory.com

*Randy's Trucking, Inc., et al. v. City of Shafter, et al.*
USDC Consolidated Case No. 1:08-CV-00819 OWW DLB

*Roi Smith v. Randy's Trucking, Inc., et al.*
USDC Case No. 1:09-CV-00211 OWW DLB
Consolidated with 1:08-CV-00819 OWW DLB

*Robert Garcia, et al. v. Amtrak, et al.*
USDC Case No. 1:09-CV-00331 OWW DLB
Consolidated with 1:08-CV-00819 OWW DLB

Each party will bear its own costs and attorneys fees.

DATED:   __12/9__, 2009                         ERICKSEN ARBUTHNOT

By _____/ s /____Micahel D. Ott_____
            Michael D. Ott
2440 W. Shaw Ave., #101
Fresno, CA 93711
mott@ericksenarbuthnot.com
P:  559-449-2600 – F:  559-449-2603
Attorneys for Plaintiff/Counterdefendant/Counterclaimant/Cross-Defendant/Cross-Claimant/Third Party Plaintiff RANDY'S TRUCKING, INC., Plaintiff STAR INSURANCE COMPANY, and Cross-Defendant/Counterclaimant/Cross-Claimant/Third Party Plaintiff FERNANDO M. SANDOVAL

2

Stipulation of Dismissal and Order Thereon

PDF created with pdfFactory trial version www.pdffactory.com

1  DATED:  ___12/7__, 2009                    KERN COUNTY COUNSEL

2

3                                             By _____/ s /  Mark L. Nations_____
                                                       Mark L. Nations
4                                             Attorneys for Defendant, Third Party
    Defendant
5
                                              Counter Defendant and Cross Defendant,
6                                             COUNTY OF KERN

7

8

9
                              **********
10                              ORDER

11
        IT IS SO ORDERED.
12

13

14  DATED:  December 11, 2009                 /s/ OLIVER W. WANGER

15                                            United States District Judge,
                                              Eastern District of California
16

17

... (lines 18–28)

3

_____
Stipulation of Dismissal and Order Thereon

PDF created with pdfFactory trial version www.pdffactory.com