FILED

DEC 1 8 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

1 | Michael D. Ott, #064454
    David J. Frankenberger, #186140
2 | ERICKSEN ARBUTHNOT
    Attorneys At Law
3 | 2440 West Shaw Avenue, Suite 101
    Fresno, California 93711
4 | P: (559) 449-2600  F: (559) 449-2603

5 | Attorneys for Plaintiff/Counterdefendant/Counterclaimant/Cross-Defendant/Cross-
    Claimant/Third Party Plaintiff RANDY'S TRUCKING, INC., Plaintiff STAR INSURANCE
6 | COMPANY, and Cross-Defendant/Counterclaimant/Cross-Claimant/Third Party Plaintiff
    FERNANDO M. SANDOVAL

7

8 |                    UNITED STATES DISTRICT COURT

9 |           EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION
10

11 | RANDY'S TRUCKING, INC. and STAR           )  Case No. 1:08-CV-00819 OWW DLB
     INSURANCE COMPANY,                        )
12 |                                           )
                                               )
13 |            Plaintiffs,                    )  STIPULATION OF DISMISSAL AND
                                               )  ORDER THEREON
14 |      v.                                   )
                                               )
15 |                                           )
     CITY OF SHAFTER, etc., et al,             )
16 |                                           )
                Defendants.                    )
17 | _____)
                                               )
18 |                                           )
     AND RELATED ACTIONS, CROSS-               )
19 | ACTIONS, AND THIRD PARTY ACTIONS          )
     _____)
20

21 |       IT IS HEREBY STIPULATED, by and between Michael D. Ott, Esq., for Plaintiff,

22 | Counterdefendant, Counterclaimant, Cross Defendant, Cross Claimant, Third Party Plaintiff,

23 | Randy's Trucking, Inc., Plaintiff Star Insurance Company, and Cross-Defendant, Counterclaimant,

24 | Cross-Claimant, Third Party Plaintiff, Fernando M. Sandoval, and Larry Peake, for Third Party

25 | Defendant, Cross-Defendant, and Counter Defendant, City of Shafter, that the above consolidated

26 | action be and hereby is dismissed with prejudice, as to City of Shafter only, pursuant to Federal

27

28 | Rules of Civil Procedure 41(a)(1) and (2) to include the following actions:

1

*Randy's Trucking, Inc., et al. v. City of Shafter, et al.*
USDC Consolidated Case No. 1:08-CV-00819 OWW DLB

*Roi Smith v. Randy's Trucking, Inc., et al.*
USDC Case No. 1:09-CV-00211 OWW DLB
Consolidated with 1:08-CV-00819 OWW DLB

*Robert Garcia, et al. v. Amtrak, et al.*
USDC Case No. 1:09-CV-00331 OWW DLB
Consolidated with 1:08-CV-00819 OWW DLB

Each party will bear its own costs and attorneys fees.

DATED:   December 17, 2009                                ERICKSEN ARBUTHNOT

By   /s/ Michael D. Ott
         Michael D. Ott
2440 W. Shaw Ave., #101
Fresno, CA 93711
mott@ericksenarbuthnot.com
P: 559-449-2600 – F: 559-449-2603
Attorneys for Plaintiff/Counterdefendant/
Counterclaimant/Cross-Defendant/Cross-
Claimant/Third Party Plaintiff RANDY'S
TRUCKING, INC., Plaintiff STAR
INSURANCE COMPANY, and Cross-
Defendant/Counterclaimant/Cross-
Claimant/Third Party Plaintiff
FERNANDO M. SANDOVAL

2

Stipulation of Dismissal and Order Thereon

1  DATED: December 4, 2009                    WALL, WALL & PEAKE

3                                             By: __/s/ Larry Peake__
                                                      Larry Peake
4                                             Attorneys for Third Party Defendant
                                              Cross-Defendant, Counter Defendant,
5                                                   CITY OF SHAFTER

9                                    **********
                                       ORDER

11     IT IS SO ORDERED.

13  DATED:  _12-18_, 2009                    _____
                                                   Oliver W. Wanger
14                                            United States District Judge

---

Stipulation of Dismissal and Order Thereon