<pre>
1
2
3                      UNITED STATES DISTRICT COURT
4
5                   FOR THE EASTERN DISTRICT OF CALIFORNIA
6
7   RANDY'S TRUCKING, INC. and STAR      1:08-CV-00819 DLB
    INSURANCE COMPANY v. CITY OF         Lead Case  SHAFTER,
8   et al.
9
10
    ROI SMITH v. RANDY'S TRUCKING, INC.   1:09-CV-00211 OWW DLB
11  Consolidated Under Lead  Case
12
13   ROBERT GARCIA, et al., v. AMTRAK, et  1:09-CV-00331 OWW DLB  al.
14                                        Consolidated Under Lead  Case
15
16  TINA KNOTT v. RANDY'S TRUCKING, INC,  1:09-CV-01759 OWW DLB
17  et al.                                Related Case
18
19                                        ORDER RE POSSIBLE
                                          CONSOLIDATION
20
21
22       Based upon the Court's review of the pleadings, there may be
    good cause to consolidate the related case, *Knott v. Randy's
23  Trucking, et al.,* 1:09-cv-1759 OWW DLB, with the three cases
24       consolidated under lead case No. 1:09-cv-00819.  All four
    cases  concern a July 19, 2007 collision between an Amtrak
25  passenger  train and a truck in the City of Shafter, California.
    The  parties are directed to file a status report no later than
26
27
28
</pre>

1

PDF created with pdfFactory trial version www.pdffactory.com

      January 15, 2010, stating their positions regarding this proposed  consolidation.

1

2

3   IT IS SO ORDERED:

4

5   Date: December 22, 2009   /s/ OLIVER W. WANGER

6                             United States District Court Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PDF created with pdfFactory trial version www.pdffactory.com