1  Michael D. Ott, #064454
   ERICKSEN ARBUTHNOT
2  Attorneys At Law
   2440 West Shaw Avenue, Suite 101
3  Fresno, California 93711
   P: (559) 449-2600   F: (559) 449-2603
4
   Attorneys for Plaintiff/Counterdefendant/Counterclaimant/Cross-Defendant/Cross-Claimant/Third
5  Party Plaintiff RANDY'S TRUCKING, INC., Plaintiff STAR INSURANCE COMPANY, and
   Cross-Defendant/Counterclaimant/Cross-Claimant/Third Party Plaintiff FERNANDO M.
6  SANDOVAL

7

8                          UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

10

11 RANDY'S TRUCKING, INC. and STAR          ) Case No. 1:08-CV-00819 OWW DLB
   INSURANCE COMPANY,                       )
12                                          )
                                            ) **ORDER GRANTING PLAINTIFFS'**
13            Plaintiffs,                   ) **MOTION TO MODIFY SCHEDULING**
                                            ) **CONFERENCE ORDER IN PART**
14      v.                                  )
                                            )
15                                          )
   CITY OF SHAFTER, etc., et al,            )
16                                          )
              Defendants.                   )
17 _____)
                                            )
18 AND RELATED ACTIONS, CROSS-              )
   ACTIONS, AND THIRD PARTY ACTIONS         )
19                                          )
   _____)
20

21       The Motion of plaintiffs' to modify the scheduling order in this matter having come before this

22 Court, a Conditional Non-Opposition having been filed by Amtrak and BNSF, and no other party

23 having opposed said Motion, the Court deemed this matter suitable for decision without oral

24 argument. Having considered the moving papers and all other papers filed in connection with this

25 Motion, and good cause appearing,

26

27       IT IS HEREBY ORDERED that the dates set forth in the Court's Scheduling Conference

28 Order in this matter shall be modified as follows:

                                            1
_____
Order Granting Plaintiffs' Motion to Modify Scheduling Conference Order

PDF created with pdfFactory trial version www.pdffactory.com

1. Non-Expert discovery cutoff: May 7, 2010

2. Expert Witness disclosures: May 7, 2010

3. Supplemental Expert Disclosures: June 4, 2010

4. All Discovery cutoff: June 18, 2010

5. Deadline for filing dispositive motions: May 21, 2010

6. Deadline for hearings on dispositive motions: June 21, 2010

7. Deadline for filing Pre-Trial Statement: per local rule 16-281(a)(2)

8. Final Pre-Trial Conference: July 26, 2010

9. Trial: September 8, 2010

Date: February 11, 2010                    /s/ OLIVER W. WANGER
                                           Senior United States District Court Judge

2
_____
Order Granting Plaintiffs' Motion to Modify Scheduling Conference Order

PDF created with pdfFactory trial version www.pdffactory.com