B. CLYDE HUTCHINSON, State Bar No. 037526
bch@llcllp.com
JASON B. SHANE, State Bar No. 253908
jshane@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541
Telephone:      (510) 433-2600
Facsimile:       (510) 433-2699

Attorneys for Defendant, Counter-Claimant, Cross-
Claimant and Cross-Defendant NATIONAL
RAILROAD PASSENGER CORPORATION,
Defendant and Cross-Claimant JOSHUA KYLES,
and Defendant and Third-Party Defendant BNSF
RAILWAY COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| RANDY'S TRUCKING, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF SHAFTER; et al., <br><br> Defendants. <br><br> AND ALL RELATED ACTIONS. | Case No. 1:08-cv-00819 0WW DLB <br><br> Consolidated with Case Nos. 1:09-cv-00211 OWW DLB and 1:09-cv-00331 OWW DLB <br><br> **STIPULATION & ORDER OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between Plaintiffs ROBERT GARCIA, RACHEL GARCIA, JESSICA GARCIA, and ERICA GARCIA, a minor by/through guardian ad litem Robert Garcia (collectively "Plaintiffs") and Defendant NATIONAL RAILROAD PASSENGER CORPORATION ("Defendant"), through their designated counsel, that the above-captioned action be and hereby is dismissed with prejudice as to Plaintiffs' Complaint against Defendant only pursuant to Federal Rule of Civil Procedure 41(a)(1).  Each party agrees to bear their own costs.

/ / /

PDF created with pdfFactory trial version www.pdffactory.com

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541

PDF created with pdfFactory trial version www.pdffactory.com

IT IS HEREBY FURTHER STIPULATED that, once Defendant is dismissed as a party to the matter *of Robert Garcia, et al. v. Amtrak, et al.*, Case No. 1:09-cv-00331 OWW DLB, this Court will be deprived of jurisdiction and that matter alone should be remanded to the the Superior Court of California, County of Kern.

Dated:    February 23, 2010                    LAW OFFICES OF WILLIAM MITCHELL
                                               MARGOLIN


                                               By:_____/s/ William M. Margolin_____
                                                   WILLIAM MITCHELL MARGOLIN
                                                   Attorneys for Plaintiffs
                                                   ROBERT GARCIA, RACHEL GARCIA,
                                                   JESSICA GARCIA, and ERICA GARCIA,
                                                   a minor by/through guardian ad litem
                                                   Robert Garcia

Dated:    March 1, 2010                        LOMBARDI, LOPER & CONANT, LLP


                                               By:_____/s/ Jason B. Shane_____
                                                   JASON B. SHANE
                                                   Attorneys for Defendant
                                                   NATIONAL RAILROAD PASSENGER
                                                   CORPORATION

IT IS SO ORDERED.

Dated: _March 12, 2010


                                               ___/S/ OLIVER W.WANGER_____
                                               HONORABLE OLIVER W. WANGER
                                               UNITED STATES DISTRICT JUDGE

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541