Michael D. Ott, #064454
David J. Frankenberger, #186140
ERICKSEN ARBUTHNOT
Attorneys At Law
2440 West Shaw Avenue, Suite 101
Fresno, California 93711
P: (559) 449-2600   F: (559) 449-2603

Attorneys for Plaintiff/Counterdefendant/Counterclaimant/Cross-Defendant/Cross-Claimant/Third Party Plaintiff RANDY'S TRUCKING, INC., Plaintiff STAR INSURANCE COMPANY, and Cross-Defendant/Counterclaimant/Cross-Claimant/Third Party Plaintiff FERNANDO M. SANDOVAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| RANDY'S TRUCKING, INC. and STAR INSURANCE COMPANY,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF SHAFTER, etc., et al,<br><br>　　　　Defendants.<br><br>AND RELATED ACTIONS, CROSS-ACTIONS, AND THIRD PARTY ACTIONS | Case No.  1:08-CV-00819 OWW DLB<br><br>**STIPULATION AND ORDER TO VACATE REFERENCE TO MAGISTRATE JUDGE BECK** |

　　　　WHEREAS, Plaintiffs Randy's Trucking, Inc., and Star Insurance Company, and Defendants BNSF Railway Company and National Railroad Passenger Corporation, and two other parties who have since been dismissed from this matter, all executed consents to permit Magistrate Judge Dennis L. Beck to conduct all matters in this proceeding at the outset of this litigation; and

　　　　WHEREAS, new parties Robert Garcia, Rachel Garcia, Jessica Garcia, and Erica Garcia, Roi Smith, and Tina Knott, have been added to this litigation through consolidation of their separate cases, subsequent to the referral of this matter to Magistrate Dennis L. Beck for all

purposes; and

WHEREAS, counsel for the Garcia plaintiffs, Roi Smith, and Tina Knott, have never executed consents to have any magistrate judge conduct all proceedings in this matter; and

WHEREAS, the Court has recently reassigned this matter to Magistrate Judge Sheila K. Oberto; and

WHEREAS, the original parties who consented to have Magistrate Judge Dennis L. Beck conduct all proceedings in this matter would now prefer that United States District Judge Oliver Wanger, rather than the newly assigned Magistrate Judge Sheila K. Oberto, conduct the trial in this matter;

NOW THEREFORE, it is hereby stipulated by and between Plaintiffs Randy's Trucking, Inc., and Star Insurance Company, and Defendants BNSF Railway Company and National Railroad Passenger Corporation, through their respective counsel of record that said parties jointly request that United States District Judge Oliver Wanger issue an order vacating the referral to Magistrate Judge Dennis L. Beck pursuant to Rule 73(b)(3) of the Federal Rules of Civil Procedure, and that United States District Judge Oliver Wanger conduct the trial in this matter.

It is further agreed that this stipulation may be executed in counterparts.

Counsel for the Garcia plaintiffs, Roi Smith, and Tina Knott, have not been presented with this Stipulation, in view of the fact that those parties never executed a consent for Magistrate Judge Dennis L. Beck, or any other magistrate judge, to conduct all proceedings in this matter.

///

///

///

/// [signature page to follow]

1  DATED:   April 27, 2010                                             ERICKSEN ARBUTHNOT

2

3                                                                      By __/s/ Michael D. Ott_____
                                                                              Michael D. Ott
4                                                                      2440 W. Shaw Ave., #101
                                                                       Fresno, CA 93711
5                                                                      mott@ericksenarbuthnot.com
6                                                                      P:  559-449-2600 – F:  559-449-2603
                                                                       Attorneys for Plaintiff/Counterdefendant/
7                                                                      Counterclaimant/Cross-Defendant/Cross-
                                                                       Claimant/Third Party Plaintiff RANDY'S
8                                                                      TRUCKING, INC., Plaintiff STAR
                                                                       INSURANCE COMPANY, and Cross-
9                                                                      Defendant/Counterclaimant/Cross-
10                                                                     Claimant/Third Party Plaintiff
                                                                       FERNANDO M. SANDOVAL
11

12

13 DATED: April 26, 2010                                               LOMBARDI, LOPER & CONANT, LLP

14

15                                                                     By __/s/ Jason Bradley Shane_____
                                                                              Jason Bradley Shane
16                                                                       Attorneys for Defendants NATIONAL
                                                                         RAILROAD PASSENGER CORP.
17                                                                       and BNSF RAILWAY COMPANY

18

19

20 DATED: April 27, 2010                                                       AUCHARD & STEWART

21

22                                                                     By ___/s/ Paul A. Auchard___
                                                                              Paul A. Auchard
23                                                                       Attorneys for Counter Claimant
                                                                         BNSF RAILWAY COMPANY
24

25

26

27

28

_____
STIPULATION AND ORDER TO VACATE REFERENCE TO  MAGISTRATE JUDGE BECK

**ORDER VACATING REFERENCE TO MAGISTRATE JUDGE**

Based upon the stipulation of the parties who consented to the referral of this matter to Magistrate Judge Dennis L. Beck for all purposes, based upon the change of circumstances in this case, and good cause appearing,

IT IS HEREBY ORDERED that the referral of this matter to a United States Magistrate Judge be, the same hereby is, vacated.

IT IS SO ORDERED.

Dated:   **April 27, 2010**              **/s/ Oliver W. Wanger**
                                         UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO VACATE REFERENCE TO MAGISTRATE JUDGE BECK