1  Michael D. Ott, #064454
   David J. Frankenberger, #186140
2  ERICKSEN ARBUTHNOT
   Attorneys At Law
3  2440 West Shaw Avenue, Suite 101
   Fresno, California 93711
4  P: (559) 449-2600   F: (559) 449-2603

5  Attorneys for Plaintiff/Counterdefendant/Counterclaimant/Cross-Defendant/Cross-
   Claimant/Third Party Plaintiff RANDY'S TRUCKING, INC., Plaintiff STAR INSURANCE
6  COMPANY, and Cross-Defendant/Counterclaimant/Cross-Claimant/Third Party Plaintiff
   FERNANDO M. SANDOVAL

7

8                         UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

10

11 | RANDY'S TRUCKING, INC. and STAR | ) | **Case No. 1:08-CV-00819 OWW DLB** |
   | INSURANCE COMPANY,              | ) |                                   |
12 |                                 | ) |                                   |
   |                                 | ) |                                   |
13 |           Plaintiffs,           | ) | **STIPULATION AND ORDER**         |
   |                                 | ) | **REMANDING CASE TO KERN**        |
14 |      v.                         | ) | **COUNTY SUPERIOR COURT, AS TO**  |
   |                                 | ) | **GARCIA PLAINTIFFS' CLAIMS**     |
15 | CITY OF SHAFTER, etc., et al,   | ) | **AGAINST RANDY'S TRUCKING, INC.**|
16 |                                 | ) |                                   |
   |           Defendants.           | ) |                                   |
17 |_____| ) |                                   |
18 |                                 | ) |                                   |
   | AND RELATED ACTIONS, CROSS-     | ) |                                   |
19 | ACTIONS, AND THIRD PARTY ACTIONS| ) |                                   |
   |_____| ) |                                   |

20

21      WHEREAS, this Court has granted the motion of Defendants National Railroad Passenger

22 Corporation and BNSF Railway Company for a finding that their settlement with the Garcia

23 plaintiffs was in good faith; and

24      WHEREAS, the only basis for federal jurisdiction of the Garcia claims was for the claims

25 against National Railroad Passenger Corporation, which claims have now been resolved in good

26 faith as between those parties; and

27

28      WHEREAS, the Garcia plaintiffs' only remaining claims are against Randy's Trucking,

                                       1
_____
STIPULATION AND ORDER

1  Inc.; and

2  WHEREAS, the Garcia plaintiffs and Randy's Trucking, Inc. wish to have that portion of
3  this case removed from this Court to the Kern County Superior Court, where the Garcia Complaint
4  
5  was originally filed;

6  NOW THEREFORE, it is hereby stipulated by and between the Garcia plaintiffs and
7  Randy's Trucking, Inc. that the remaining claims of the Garcia plaintiffs may be remanded back to
8  the Superior of California for the County of Kern, forthwith, for further proceedings in said Court.

9

10

11  DATED:   May 26, 2010                                      ERICKSEN ARBUTHNOT

12

13                                                             By __/s/ Michael D. Ott_____
                                                                      Michael D. Ott
14                                                             2440 W. Shaw Ave., #101
                                                               Fresno, CA 93711
15                                                             mott@ericksenarbuthnot.com
                                                               P:  559-449-2600 – F:  559-449-2603
16                                                             Attorneys for Plaintiff/Counterdefendant/
17                                                             Counterclaimant/Cross-Defendant/Cross-
                                                               Claimant/Third Party Plaintiff RANDY'S
18                                                             TRUCKING, INC., Plaintiff STAR
                                                               INSURANCE COMPANY, and Cross-
19                                                             Defendant/Counterclaimant/Cross-
20                                                             Claimant/Third Party Plaintiff
                                                               FERNANDO M. SANDOVAL
21

22
   DATED: April ___, 2010                                      WILLIAM MARGOLIN
23

24
                                                               By __/s/ William Margolin_____
25                                                                    William Margolin
                                                               Attorneys for Plaintiffs
26                                                             ROBERT GARCIA; RACHEL GARCIA;
                                                               JESSICA GARCIA; ERICA GARCIA, a
27                                                             minor by/through guardian ad litem
                                                                      Robert Garcia
28

2
_____
STIPULATION AND ORDER

# ORDER REMANDING CASE TO SUPERIOR COURT OF CALIFORNIA

# FOR THE COUNTY OF KERN

Based upon the Stipulation of the parties, and the Court's Order finding that the settlement between the Garcia plaintiffs and National Railroad Passenger Corporation and BNSF Railway Company was made in good faith, all remaining claims of the Garcia plaintiffs now pending in this matter are hereby remanded to the Superior of California for the County of Kern, forthwith, for further proceedings in said Court.

IT IS SO ORDERED.

Dated:  **May 26, 2010**              **/s/ Oliver W. Wanger**
                                      UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER