B. CLYDE HUTCHINSON, State Bar No. 037526
bch@llcllp.com
JASON B. SHANE, State Bar No. 253908
jshane@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541
Telephone:    (510) 433-2600
Facsimile:    (510) 433-2699

Attorneys for Defendant, Counter-Claimant, Cross-Claimant and Cross-Defendant NATIONAL RAILROAD PASSENGER CORPORATION, Defendant and Cross-Claimant JOSHUA KYLES, and Defendant and Third-Party Defendant BNSF RAILWAY COMPANY

PAUL A. AUCHARD, State Bar No. 60424
mrpa@sbcglobal.net
AUCHARD & STEWART
2377 West Shaw Avenue, Suite 106
Fresno, CA  93711-3438
Telephone:    (209) 432-0991
Facsimile:    (209) 432-1025

Attorneys for Counter-Claimant
BNSF RAILWAY COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| RANDY'S TRUCKING, INC., and STAR INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SHAFTER; COUNTY OF KERN; STATE OF CALIFORNIA; CALTRANS; AMTRAK; NATIONAL RAILROAD PASSENGER CORPORATION; BURLINGTON NORTHERN SANTA FE RAILROAD; BNSF RAILWAY COMPANY; and DOES 1 TO 100,<br><br>Defendants. | Case No. 1:08-cv-00819 0WW DLB<br><br>**STIPULATION TO MODIFY SCHEDULING ORDER AND CONTINUE DISCOVERY CUT-OFF** |

1
2  AND ALL RELATED ACTIONS,
   CROSS-ACTIONS, AND THIRD
3  PARTY ACTIONS.

4
5        IT IS HEREBY STIPULATED by and between all parties, through their designated

counsel, that the Court's Scheduling Order be modified and that the "All Discovery Cut-Off,"

presently set for June 18, 2010, be continued approximately thirty (30) days until July 15, 2010.

This extension is based upon the parties' desire to conduct a global mediation prior to incurring

the costs associated with expert depositions. The parties have scheduled a mediation with

mediator Lee Jacobson for June 24, 2010.

Dated:   June 17, 2010                  ERICKSEN ARBUTHNOT


                                        By:        /s/ Michael D. Ott
                                              MICHAEL D. OTT
                                              Attorneys for
                                              RANDY'S TRUCKING, INC.,
                                              STAR INSURANCE COMPANY and
                                              FERNANDO MANGUIA SANDOVAL

Dated:   June 16, 2010                  LOMBARDI, LOPER & CONANT, LLP


                                        By:        /s/ Jason B. Shane
                                              JASON B. SHANE
                                              Attorneys for
                                              NATIONAL RAILROAD PASSENGER
                                              CORPORATION, JOSHUA KYLES and
                                              BNSF RAILWAY COMPANY

Dated:   June 17, 2010                  AUCHARD & STEWART


                                        By:        /s/ Paul Auchard
                                              PAUL AUCHARD
                                              Attorneys for
                                              BNSF RAILWAY COMPANY

---

**LOMBARDI, LOPER & CONANT, LLP**
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

13249-37030 JBS 585860.1                2                Case No. 1:08-cv-00819 0WW DLB

**STIPULATION TO MODIFY SCHEDULING ORDER AND CONTINUE DISCOVERY CUT-OFF**

Dated: June 21, 2010                    STOLL, NUSSBAUM & POLAKOV, A.P.C.


                                        By:      /s/ Robert J. Stoll, Jr.
                                             ROBERT J. STOLL, JR.
                                             Attorneys for
                                             ROI SMITH


Dated: June 18, 2010                    A.A. ACCIDENT ATTORNEYS, P.L.C.


                                        By:      /s/ Paul E. Lee
                                             PAUL E. LEE
                                             Attorneys for
                                             TINA KNOTT


IT IS SO ORDERED.

   Dated:  **June 22, 2010**                **/s/ Oliver W. Wanger**
                                        UNITED STATES DISTRICT JUDGE

---

13249-37030 JBS 585860.1            3            Case No. 1:08-cv-00819 0WW DLB

**STIPULATION TO MODIFY SCHEDULING ORDER AND CONTINUE DISCOVERY CUT-OFF**

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541