Michael D. Ott, #064454
David J. Frankenberger, #186140
ERICKSEN ARBUTHNOT
Attorneys At Law
2440 West Shaw Avenue, Suite 101
Fresno, California 93711
P: (559) 449-2600   F: (559) 449-2603

Attorneys for Plaintiff/Counterdefendant/Counterclaimant/Cross-Defendant/Cross-Claimant/Third Party Plaintiff RANDY'S TRUCKING, INC., Plaintiff STAR INSURANCE COMPANY, and Cross-Defendant/Counterclaimant/Cross-Claimant/Third Party Plaintiff FERNANDO M. SANDOVAL

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| RANDY'S TRUCKING, INC. and STAR INSURANCE COMPANY,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF SHAFTER, etc., et al,<br><br>    Defendants.<br><br>AND RELATED ACTIONS, CROSS-ACTIONS, AND THIRD PARTY ACTIONS | Case No. 1:08-CV-00819 OWW<br><br>**STIPULATION AND ORDER AMENDING SCHEDULING ORDER** |

Whereas, the parties had previously agreed to move the trial in this matter, and all pre-trial deadlines approximately 90 days, and this Court so ordered; and,

Whereas, through oversight, the Order presented to the Court did not include the new deadline for the filing and hearing of non-dispositive motions;

Now, therefore, it is hereby stipulated, by and between, the parties hereto that the Scheduling Order shall be amended to fix the deadline for the filing of non-dispositive motions as June 29, 2010, and the hearing date for said motions shall be July 22, 2010, or such other date as is

1
_____
STIPULATION AND ORDER AMENDING SCHEDULING ORDER

convenient to the Court's calendar.  The parties agree that this Stipulation may be executed in counterparts.

DATED:   June _24__, 2010                                        AUCHARD & STEWART

By _____/s/ Paul A. Auchard
Paul A. Auchard
Attorneys for Defendants/Cross-
Defendants/Third Party Defendant
BURLINGTON NORTHERN
SANTE FE RAILWAY

DATED:   June _24__, 2010                                        LOMBARDI, LOPER, & CONANT, LLP

By ____/s/   Jason B. Shane
Jason B. Shane
Attorneys for Defendant/ Cross-Defendant
NATIONAL RAILROAD PASSENGER
CORPORATION

DATED:   June _28__, 2010                                        STOLL NUSSBAUM & POLAKOV APC

By ____/s/   Robert J. Stoll, Jr.
Robert J. Stoll, Jr.
Attorneys for Plaintiff
ROI SMITH

DATED:   June _24__, 2010                                        A.A. ACCIDENT ATTORNEYS

By ____/s/   Paul E. Lee
Paul E. Lee
Attorneys for Plaintiff
TINA KNOTT

2
_____
STIPULATION AND ORDER AMENDING SCHEDULING ORDER

DATED:   June 24, 2010                                    ERICKSEN ARBUTHNOT

                                                     By ____/s/   Michael D. Ott
                                                           Michael D. Ott
2440 W. Shaw Ave., #101
Fresno, CA 93711
mott@ericksenarbuthnot.com
P:  559-449-2600 – F:  559-449-2603
Attorneys for Plaintiff/Counterdefendant/
Counterclaimant/Cross-Defendant/Cross-
Claimant/Third Party Plaintiff RANDY'S
TRUCKING, INC., Plaintiff STAR
INSURANCE COMPANY, and Cross-
Defendant/Counterclaimant/Cross-
Claimant/Third Party Plaintiff
FERNANDO M. SANDOVAL

3

_____
STIPULATION AND ORDER AMENDING SCHEDULING ORDER

**ORDER**

Based upon the Stipulation of the parties hereto,

IT IS HEREBY ORDERED that the deadline for the filing of non-dispositive motions shall now be June 29, 2010, and the hearing date for said motions shall be July 23, 2010.

IT IS SO ORDERED.

Dated: **June 28, 2010**                    **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER AMENDING SCHEDULING ORDER