B. CLYDE HUTCHINSON, State Bar No. 037526
bch@llcllp.com
JASON B. SHANE, State Bar No. 253908
jshane@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541
Telephone: (510) 433-2600
Facsimile: (510) 433-2699

Attorneys for Defendant, Counter-Claimant, Cross-Claimant and Cross-Defendant NATIONAL RAILROAD PASSENGER CORPORATION, Defendant and Cross-Claimant JOSHUA KYLES, and Defendant and Third-Party Defendant BNSF RAILWAY COMPANY

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

RANDY'S TRUCKING, INC., and STAR INSURANCE COMPANY,

Plaintiffs,

v.

CITY OF SHAFTER; COUNTY OF KERN; STATE OF CALIFORNIA; CALTRANS; AMTRAK; NATIONAL RAILROAD PASSENGER CORPORATION; BURLINGTON NORTHERN SANTA FE RAILROAD; BNSF RAILWAY COMPANY; and DOES 1 TO 100,

Defendants.

AND ALL RELATED ACTIONS, CROSS-ACTIONS, AND THIRD PARTY ACTIONS.

Case No. 1:08-cv-00819 0WW DLB

**STIPULATION TO VACATE TRIAL DATE AND GOOD FAITH HEARING**

WHEREAS all parties to the lead case herein, *Randy's Trucking, Inc. v. City of Shafter* (Case No. 1:08-cv-00819 OWW SKO), reached a settlement and Plaintiff/Counter-Defendant Randy's Trucking, Inc. filed a Notice of Settlement last Friday, August 20, 2010;

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

Wheras, Amtrak settled with the Plaintiffs Roi Smith and Tina Knott in the two other consolidated actions herein, *Roi Smith v. Randy's Trucking, Inc., et al.* (Case No. 1:09-cv-00211 OWW DLB) and *Tina Knott v. Randy's Trucking, Inc., et al.* (Case No. 1:09-cv-01759 OWW DLB) and filed Notices of Settlement on April 29, 2010 and June 17, 2010, respectively;

WHEREAS Randy's Trucking, Inc. and Fernando Sandoval filed a Motion to Contest Amtrak's settlement of the *Smith* on May 24, 2010, but subsequently withdrew that motion on July 9, 2010, and no other party contested Amtrak's settlement of that matter;

WHEREAS, no party contested Amtrak's settlement of the *Knott* matter;

WHEREAS Amtrak's presence in the *Smith* and *Knott* cases was the basis for this Court's jurisdiction, and once Amtrak finalizes its settlements of those matters and dismissals are filed, those cases will be subject to remand, and the remaining parties in the *Smith* and *Knott* matters intend to file a stipulation to remand those cases once Amtrak finalizes its settlements of those matters and dismissals are filed

WHEREAS the Court previously separately remanded another consolidated matter – *Robert Garcia v. Amtrak, et al.* (Case No. 1:09-cv-00331 OWW DLB) – on May 27, 2010 once Amtrak was dismissed as a defendant;

IT IS HEREBY STIPULATED by and between all parties, through their designated counsel, that the Court vacate the September 9, 2010 trial date and August 30, 2010 good faith hearing set by the Court's August 25, 2010 Minute Order.

Dated: August 26, 2010

ERICKSEN ARBUTHNOT

By: /s/ Timothy J. McCaughey for
MICHAEL D. OTT
Attorneys for
RANDY'S TRUCKING, INC.,
STAR INSURANCE COMPANY and
FERNANDO MANGUIA SANDOVAL

Dated: August 26, 2010

LOMBARDI, LOPER & CONANT, LLP

By: /s/ Jason B. Shane
JASON B. SHANE
Attorneys for
NATIONAL RAILROAD PASSENGER CORPORATION, JOSHUA KYLES and BNSF RAILWAY COMPANY

Dated: August 26, 2010

AUCHARD & STEWART

By: /s/ Paul Auchard
PAUL AUCHARD
Attorneys for
BNSF RAILWAY COMPANY

Dated: August 26, 2010

STOLL, NUSSBAUM & POLAKOV, A.P.C.

By: /s/ Matthew Stoll for
ROBERT J. STOLL, JR.
Attorneys for
ROI SMITH

Dated: August 26, 2010

A.A. ACCIDENT ATTORNEYS, P.L.C.

By: /s/ Paul E. Lee
PAUL E. LEE
Attorneys for
TINA KNOTT

IT IS SO ORDERED.

Dated: **August 26, 2010**

**/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541