B. CLYDE HUTCHINSON, State Bar No. 037526
bch@llcllp.com
JASON B. SHANE, State Bar No. 253908
jshane@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541
Telephone:      (510) 433-2600
Facsimile:       (510) 433-2699

Attorneys for Defendant, Counter-Claimant, Cross-Claimant and Cross-Defendant NATIONAL RAILROAD PASSENGER CORPORATION, Defendant and Cross-Claimant JOSHUA KYLES, and Defendant and Third-Party Defendant BNSF RAILWAY COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| RANDY'S TRUCKING, INC., et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF SHAFTER; et al.,<br><br>　　　　　Defendants. | Case No. 1:08-cv-00819 0WW DLB<br><br>Consolidated with Case Nos.<br>1:09-cv-00211 OWW DLB and<br>1:09-cv-00331 OWW DLB<br><br>**STIPULATION & ORDER OF DISMISSAL** |
| AND ALL RELATED AND CONSOLIDATED ACTIONS. | |

　　　　IT IS HEREBY STIPULATED by and between Plaintiff ROI SMITH ("Plaintiff") and Defendants NATIONAL RAILROAD PASSENGER CORPORATION ("Amtrak") and JOSHUA KYLES ("Kyles") (collectively "Defendants"), through their designated counsel, that the above-captioned action be and hereby is dismissed with prejudice as to Plaintiff's Complaint against said Defendants, only, pursuant to Federal Rule of Civil Procedure 41(a)(1).  Each party agrees to bear their own costs.

/ / /

/ / /

1  IT IS HEREBY FURTHER STIPULATED that, once Amtrak is dismissed as a party to
2 the matter of *Roi Smith v. Randy's Trucking, Inc., et al.*, Case No. 1:09-cv-00331 OWW DLB,
3 this Court will be deprived of jurisdiction and that matter alone should be remanded to the the
4 Superior Court of California, County of Los Angeles.

5 Dated:    August 10, 2010            STOLL, NUSSBAUM & POLAKOV, APC

7                                       By:    */s/ Robert J. Stoll, Jr.*
8                                              ROBERT J. STOLL, JR.
                                               Attorneys for Plaintiff ROI SMITH

10 Dated:    August 25, 2010            LOMBARDI, LOPER & CONANT, LLP

12                                      By:    */s/ Jason B. Shane*
                                               JASON B. SHANE
13                                             Attorneys for Defendants
                                               NATIONAL RAILROAD PASSENGER
14                                             CORPORATION and JOSHUA KYLES

15 IT IS SO ORDERED.

16    Dated:  **September 10, 2010**           **/s/ Oliver W. Wanger**
17                                             UNITED STATES DISTRICT JUDGE

---

13249-37030 JBS 582939.1                 2                Case No. 1:08-cv-00819 0WW DLB

**STIPULATION AND ORDER OF DISMISSAL**

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541