Michael D. Ott, #064454
David J. Frankenberger, #186140
ERICKSEN ARBUTHNOT
Attorneys At Law
2440 West Shaw Avenue, Suite 101
Fresno, California 93711
P: (559) 449-2600   F: (559) 449-2603

Attorneys for Plaintiff/Counterdefendant/Counterclaimant/Cross-Defendant/Cross-Claimant/Third Party Plaintiff RANDY'S TRUCKING, INC., Plaintiff STAR INSURANCE COMPANY, and Cross-Defendant/Counterclaimant/Cross-Claimant/Third Party Plaintiff FERNANDO M. SANDOVAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| RANDY'S TRUCKING, INC. and STAR INSURANCE COMPANY,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF SHAFTER, etc., et al,<br><br>    Defendants.<br><br>AND RELATED ACTIONS, CROSS-ACTIONS, AND THIRD PARTY ACTIONS | Case No.  1:08-CV-00819 OWW SKO<br>LACSC Case No: BC 397136<br><br>**ORDER REMANDING SMITH CASE TO LOS ANGELES COUNTY SUPERIOR COURT** |

The motion to dismiss pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure and brought by State of California, by and through the Department of Transportation, was heard on July 26, 2010.  The Court having considered all the papers filed in support and in opposition to the motion, as well as the oral argument presented, and finding good cause for this order; and

The Court having found the settlements between plaintiff Smith and BNSF Railway Co. and National Railroad Passenger Corporation to have been in good faith, and having found that those cases should be remanded to the Superior Court of the State of California;

1
_____
ORDER REMANDING SMITH CASE TO LOS ANGELES COUNTY SUPERIOR COURT

PDF created with pdfFactory trial version www.pdffactory.com

IT IS THEREBY ORDERED that the remaining claims in Smith v. Randy's Trucking, Inc., et al., filed in this Court as Case No. 1:09-CV-00211, be, and the same hereby are, remanded to the Superior Court of California for the County of Los Angeles for further proceedings in that Court.

IT IS SO ORDERED:

DATED: September 21, 2010         /s/ OLIVER W.WANGER
                                  United States District Judge

2
_____
ORDER REMANDING SMITH CASE TO LOS ANGELES COUNTY SUPERIOR COURT

PDF created with pdfFactory trial version www.pdffactory.com