B. CLYDE HUTCHINSON, State Bar No. 037526
bch@llcllp.com
JASON B. SHANE, State Bar No. 253908
jshane@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541
Telephone:     (510) 433-2600
Facsimile:      (510) 433-2699

Attorneys for Defendant, Counter-Claimant, Cross-Claimant and Cross-Defendant NATIONAL RAILROAD PASSENGER CORPORATION, Defendant and Cross-Claimant JOSHUA KYLES, and Defendant and Third-Party Defendant BNSF RAILWAY COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| RANDY'S TRUCKING, INC., et al.,<br><br>              Plaintiffs,<br><br>    v.<br><br>CITY OF SHAFTER; et al.,<br><br>              Defendants.<br><br>AND ALL RELATED AND CONSOLIDATED ACTIONS. | Case No. 1:08-cv-00819 OWW SKO<br><br>Consolidated with Case Nos.<br>1:09-cv-00331 OWW DLB and<br>1:09-cv-01759 OWW DLB<br><br>**STIPULATION & ORDER OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between Plaintiff TINA KNOTT ("Plaintiff") and Defendants NATIONAL RAILROAD PASSENGER CORPORATION (Amtrak), through their designated counsel, that the above-captioned action be and hereby is dismissed with prejudice as to Plaintiff's Complaint against Amtrak only, pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party agrees to bear their own costs.

/ / /

/ / /

IT IS HEREBY FURTHER STIPULATED that, once Amtrak is dismissed as a party to the matter of *Tina Knott v. Randy's Trucking, Inc., et al.*, Case No. 1:09-cv-01759 OWW DLB, this Court will be deprived of jurisdiction and that matter alone should be deconsolidated and separately remanded to the the Superior Court of California, County of Kern.

Dated: August 11, 2010              A.A. ACCIDENT ATTORNEYS

By:  */s/ Paul E. Lee*
     PAUL E. LEE
     Attorneys for Plaintiff TINA KNOTT

Dated: August 25, 2010              LOMBARDI, LOPER & CONANT, LLP

By:  */s/ Jason B. Shane*
     JASON B. SHANE
     Attorneys for Defendants
     NATIONAL RAILROAD PASSENGER
     CORPORATION and JOSHUA KYLES

IT IS SO ORDERED.

Dated:  **September 30, 2010**              **/s/ Oliver W. Wanger**
                                            UNITED STATES DISTRICT JUDGE

13249-37030 JBS 587780.1         2         Case No. 1:08-cv-00819 0WW DLB

**STIPULATION AND ORDER OF DISMISSAL**