1 Michael D. Ott, #064454
David J. Frankenberger, #186140
2 ERICKSEN ARBUTHNOT
Attorneys At Law
3 2440 West Shaw Avenue, Suite 101
Fresno, California 93711
4 P: (559) 449-2600   F: (559) 449-2603

5 Attorneys for Plaintiff/Counterdefendant/Counterclaimant/Cross-Defendant/Cross-Claimant/Third
Party Plaintiff RANDY'S TRUCKING, INC., Plaintiff STAR INSURANCE COMPANY, and
6 Cross-Defendant/Counterclaimant/Cross-Claimant/Third Party Plaintiff FERNANDO M.
SANDOVAL
7

8                             UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION
10

11 RANDY'S TRUCKING, INC. and STAR           )  **Case No.  1:08-CV-00819 OWW SKO**
INSURANCE COMPANY,                         )  **KCSC Case No: S-1500-CV-267784 DRL**
12                                            )
                                           )
13           Plaintiffs,                       )
                                           )  **ORDER REMANDING KNOTT CASE**
14     v.                                      )  **TO KERN COUNTY SUPERIOR**
                                           )  **COURT**
15 CITY OF SHAFTER, etc., et al,             )
                                           )
16                                            )
           Defendants.                       )
17 ───────────────────────────────)
                                           )
18 AND RELATED ACTIONS, CROSS-               )
ACTIONS, AND THIRD PARTY ACTIONS           )
19                                            )
───────────────────────────────)
20

21       The motion to dismiss pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure and

22 brought by State of California, by and through the Department of Transportation, was heard on July

23 26, 2010.  The Court having considered all the papers filed in support and in opposition to the motion,

24 as well as the oral argument presented, and finding good cause for this order; and

25       The Court having found the settlements between plaintiff Knott and BNSF Railway Co. and

26 National Railroad Passenger Corporation to have been in good faith, and having found that those

27 cases should be remanded to the Superior Court of the State of California;

28

                                                1
─────────────────────────────────────────
ORDER REMANDING KNOTT CASE TO KERN COUNTY SUPERIOR COURT

PDF created with pdfFactory trial version www.pdffactory.com

IT IS THEREBY ORDERED that the remaining claims in Knott v. Randy's Trucking, Inc., et al., filed in this Court as Case No. 1:09-CV-01759, be, and the same hereby are, remanded to the Superior Court of California for the County of Kern for further proceedings in that Court.

DATED: October 12, 2010             /s/ OLIVER W. WANGER
                                    United States District Judge

_____
ORDER REMANDING KNOTT CASE TO KERN COUNTY SUPERIOR COURT

PDF created with pdfFactory trial version www.pdffactory.com