Michael D. Ott, #064454
David J. Frankenberger, #186140
ERICKSEN ARBUTHNOT
Attorneys At Law
2440 West Shaw Avenue, Suite 101
Fresno, California 93711
P: (559) 449-2600   F: (559) 449-2603

Attorneys for Plaintiff/Counterdefendant/Counterclaimant/Cross-Defendant/Cross-Claimant/Third Party Plaintiff RANDY'S TRUCKING, INC., Plaintiff STAR INSURANCE COMPANY, and Cross-Defendant/Counterclaimant/Cross-Claimant/Third Party Plaintiff FERNANDO M. SANDOVAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| RANDY'S TRUCKING, INC. and STAR INSURANCE COMPANY,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF SHAFTER, etc., et al,<br><br>    Defendants.<br>_____<br><br>AND RELATED ACTIONS, CROSS-ACTIONS, AND THIRD PARTY ACTIONS<br>_____ | Case No.  1:08-CV-00819 OWW DLB<br><br>**STIPULATION OF DISMISSAL AND ORDER THEREON** |

IT IS HEREBY STIPULATED, by and between Michael D. Ott, Esq., for Plaintiff, Counterdefendant, Counterclaimant, Cross Defendant, Cross Claimant, Third Party Plaintiff, Randy's Trucking, Inc., Plaintiff Star Insurance Company, and Cross-Defendant, Counterclaimant, Cross-Claimant, Third Party Plaintiff, Fernando M. Sandoval, National Railroad Passenger Corporation, by B. Clyde Hutchinson, Esq., and The Burlington Northern and Santa Fe Railway Company, by Paul A. Auchard, Esq. and B. Clyde Hutchinson, Esq., that the above action, including all counterclaims, cross-claims, cross-complaints, and third party complaints, be and

hereby is dismissed in its entirety, with prejudice, pursuant to Rules 41(a)(1) and (2) of the Federal Rules of Civil Procedure.

Each party will bear its own costs and attorneys fees.

DATED:   November 29, 2010                                        ERICKSEN ARBUTHNOT

By _____/ s /___Michael D. Ott_____
        Michael D. Ott
2440 W. Shaw Ave., #101
Fresno, CA 93711
mott@ericksenarbuthnot.com
P:  559-449-2600 – F:  559-449-2603
Attorneys for Plaintiff/Counterdefendant/
Counterclaimant/Cross-Defendant/Cross-Claimant/Third Party Plaintiff RANDY'S TRUCKING, INC., Plaintiff STAR INSURANCE COMPANY, and Cross-Defendant/Counterclaimant/Cross-Claimant/Third Party Plaintiff FERNANDO M. SANDOVAL

DATED:   November 19, 2010                                        LOMBARDI, LOPER & CONANT, LLC

By ___/ s /___B. Clyde Hutchinson____
        B. Clyde Hutchinson, Esq.
Attorneys for Defendant/ Cross-Defendant/Counterclaimant/Counter defendant NATIONAL RAILROAD PASSENGER CORPORATION and Cross-Defendant/Counterdefendant/Counterclaimant/Defendant THE BURLINGTON NORTHERN and SANTA FE RAILWAY

DATED:   November 4, 2010                                    AUCHARD & STEWART

By __/ s/  Paul A. Auchard__
      Paul A. Auchard
Attorneys for Cross-Complainant/
Counterclaimant THE BURLINGTON
NORTHERN and SANTA FE
RAILWAY COMPANY

ORDER

IT IS SO ORDERED.

   Dated:   **March 18, 2011**                                **/s/ Oliver W. Wanger**
                                                                        UNITED STATES DISTRICT JUDGE

Stipulation of Dismissal and Order Thereon